**Leonard P. SABATINO, Petitioner,**

v.

**DEPARTMENT OF JUSTICE,**
**Respondent.**

No. 01–3288.

United States Court of Appeals,
Federal Circuit.

Nov. 1, 2001.

ON MOTION

RADER, Circuit Judge.

*ORDER*

Upon consideration of Leonard P. Sabatino's unopposed motion and corrected motion seeking reconsideration of this court's order dismissing his petition for review for failure to file a Fed. Cir. 15(c) statement concerning discrimination and pay the filing fee, the Fed. Cir. R. 15(c) statement

now having been received and the filing fee now having been paid,

IT IS ORDERED THAT:

Sabatino's motion is granted, the dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.